IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REGINALD B. MAYHUE, | ) | 8:12CV407 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion.  Plaintiff filed this matter on November 27, 2012.  (Filing No. 1.)  On January 9, 2013, the Clerk of the court sent summons forms and a USM-285 forms to Plaintiff.  (Filing No. 4.)  Plaintiff has not returned the forms, and has not completed service of process on Defendant.  (*See* Docket Sheet.)  Indeed, Plaintiff has taken no action in this matter since he filed his Complaint on November 27, 2012.  (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1.      Plaintiff shall have until May 27, 2013, to show cause why this case should not be dismissed.  If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2.      The Clerk of the court is directed to set a pro se case management deadline with the following text: May 27, 2013:  deadline for Plaintiff to show cause why service of process was not completed.

DATED this 14ᵗʰ  day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.